# **EXHIBIT C**

## **DECLARATION OF KATHLEEN HOFFMAN**

I, Kathleen Hoffman, declare as follows:

1.  I am Kathleen Hoffman, Senior Vice President of Global Environmental, Health & Safety and Technical Services at Sterigenics U.S., LLC. The matters set forth below are within my personal knowledge and if called upon as a witness, I could and would testify competently as to each of them.

2.  Sterigenics is a leading provider of state-of-the-art sterilization services. Sterigenics' Willowbrook facility is operating legally and in compliance with applicable regulations. Indeed, Sterigenics' Willowbrook facility not only meets federal and state standards, but exceeds them.

3.  Sterigenics primarily contracts with healthcare products companies to sterilize medical devices, medical equipment, and surgical kits sold or used by those customers. A "surgical kit" refers to the set of instruments a surgeon uses during an operation. This may include scalpels, clamps, surgical staplers, drills, and other equipment such as the sterilized gowns and drapery used during the procedure.

4.  The FDA regularly inspects Sterigenics' facilities, including the Willowbrook facility, given the importance of sterilization as a final step in the production and preparation of medical and surgical products in the U.S.

5.  Ethylene oxide, a gas, is a heavily regulated chemical. Ethylene oxide is also critical to the healthcare industry as it sterilizes over 50% of the medical devices and nearly 90% of the surgical kits used in patient procedures in the U.S. According to the Ethylene Oxide Sterilization Association, ethylene oxide sterilizes over 20 billion medical devices each year in the United States alone.

6. The Willowbrook facility, like many ethylene oxide sterilization process plants, is the sole sterilization facility for a number of medical device types. On an average day, the Willowbrook facility sterilizes 1,000 cardiac devices used in heart surgery, 1,000 knee implants, 1,500 surgical procedure kits, 16,000 catheters, 1,000 syringes for injections used in radiology diagnosis, and thousands of diabetes monitoring and care kits, renal care products, neurosurgical devices, and respiratory care products.

7. Without ethylene oxide sterilization, infection risks would soar dramatically in hospitals and operating rooms.

8. For the vast majority of single-use medical devices, complex implantable devices, and surgical kits, ethylene oxide sterilization is widely used because it is the *only* practical, FDA-approved sterilization method available. While heat and radiation can sometimes be used for sterilization, those processes degrade plastics and other synthetic materials that are common components of many medical devices and surgical kits, including hypodermic needles, catheters and many other common hospital and operating room equipment.

9. For heat- and irradiation-sensitive devices, no currently available sterilization method has been accepted and approved as a practical replacement for ethylene oxide exists.

10. The Willowbrook facility is subject to stringent FDA requirements. As part of its Good Manufacturing Practices regulations, the FDA requires that medical devices and equipment be sterilized pursuant to exacting protocols that must be rigorously tested and validated. Detailed procedures exist for the equipment, methods, and steps used for the ethylene oxide sterilization of each type of medical device or surgical kit at the Willowbrook facility, and that equipment is continually checked and calibrated to ensure adherence to those procedures.

11. These FDA-required validation and calibration processes are expensive and can take anywhere from four to six months to complete.

12. There is a general background rate of ethylene oxide in the air and the United States Environmental Protection Agency ("USEPA") recognizes that a certain level of ethylene oxide will be present in the environment and the air we all breathe.

13. Ethylene oxide is present in an urban atmosphere, such as the Chicago area, from a number of different sources, including natural sources, everyday activities, and commercial activities. Natural ethylene oxide sources include plants, microbes, and ripening fruits.

14. Commercial ethylene oxide sources include chemical manufacturers, hospitals, and medical sterilization facilities near where people work or live.

15. More than a dozen medical facilities located in DuPage and Cook counties exist that use ethylene oxide to sterilize medical products – Sterigenics' Willowbrook facility is far from alone.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 17 day of October, 2018, in Chicago, Illinois.

*KA Hoffman*

KATHLEEN HOFFMAN