# EXHIBIT E

Videotape:

Highlights from Village of Willowbrook, IL Town Hall Meeting (August 29, 2018)

to be filed separately with the Court