# EXHIBIT G

## DECLARATION OF TIFFANY ROSS NEUMANN

I, Tiffany Ross Neumann, declare as follows:

1. I am Tiffany Ross Neumann, a Corporate Paralegal at Sotera Health LLC. The matters set forth below are within my personal knowledge and if called upon as a witness, I could and would testify competently as to each of them.

2. Sterigenics U.S., LLC is a Delaware limited liability company whose sole member is Sotera Health LLC.

3. Sterigenics International, LLC changed its name to Sotera Health LLC in 2017.

4. Sotera Health LLC is a Delaware limited liability whose sole member is Sotera Health Holdings, LLC.

5. Sotera Health Holdings, LLC is a Delaware limited liability company whose sole member is Sotera Health Topco, Inc.

6. Sotera Health Topco, Inc. is a Delaware corporation with its headquarters in Broadview Heights, Ohio.

7. Sotera Health Topco, Inc. is wholly owned by Sotera Health Topco Parent, L.P.

8. Sotera Health Topco Parent, L.P. is owned by dozens of limited partners. Among those dozens of limited partners are a handful of funds indirectly affiliated with GTCR LLC.

9. There are four companies separating GTCR LLC's partial and indirect ownership of Sotera Health Topco Parent, L.P. from Sterigenics U.S., LLC.

10. Sterigenics International, Inc. converted to an LLC in 2011; it then changed its name to Sotera Health LLC in 2017.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 17th day of October, 2018, in Broadview Heights, Ohio.



TIFFANY ROSS NEUMANN

1